# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLIOTT-LEWIS CORP., <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN REGIONAL COUNCIL OF CARPENTERS, SOUTHEASTERN PENNSYLVANIA, STATE OF DELAWARE, AND EASTERN SHORE OF MARYLAND. <br><br> Defendant. | 2:13-cv-4943-WY |

## ORDER

**AND NOW**, this 17th day of September, 2014, **IT IS HEREBY ORDERED THAT:**

1. Upon consideration of the plaintiff's motion for summary judgment (Doc. 12), the defendant's response thereto, and the plaintiff's reply, the plaintiff's motion is **GRANTED.**

2. Upon consideration of the defendant's motion for summary judgment (Doc. 11), the plaintiff's response thereto, and the defendant's reply, the defendant's motion is **DENIED.**

3. Judgment is entered in favor of the plaintiff Elliott-Lewis Corporation and against the defendant Metropolitan Regional Council of Carpenters, Southeastern Pennsylvania, State of Delaware, and Eastern Shore of Maryland.

4. The decision of Arbitrator Anthony Visco, Jr. issued on July 24, 2013 is hereby **VACATED.**

5.  The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge.